## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO
### The Honorable Michael E. Romero

| | |
|---|---|
| In re: | ) |
| | ) Case No. 05-19187 MER |
| ANN RAE McENTIRE | ) Chapter 7 |
| | ) |
| Debtor. | ) 05-mc-50 |
| | ) |
| | ) |
| | ) Adversary No. 05-1497 MER |
| ARLENE TINSLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ANN RAE McENTIRE, | ) |
| | ) |
| Defendant. | ) |

### ORDER ON PETITION TO PROCEED *IN FORMA PAUPERIS*

Plaintiffs' Petition to Proceed *In Forma Pauperis* must be denied. Such motions can only be granted "by a Court of the United States...." 28 U.S.C. § 1915. That term is defined by 28 U.S.C. § 451 to mean a court "the judges of which are entitled to hold office during good behavior." Bankruptcy judges are appointed for a fixed term and, thus, do not qualify to grant the relief sought. *In re Courtesy Inns, Ltd., Inc.*, 40 F.3d 1084, 1086 (10th Cir. 1994); *In re Perroton*, 958 F.2d 889 (9th Cir. 1992). Plaintiffs' Petition must be directed to the United States District Court for the District of Colorado.

Dated: June 30, 2005.

BY THE COURT:

Michael E. Romero
U.S. Bankruptcy Judge